# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **ROQUE "ROCKY" DE LA FUENTE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-1201 |
| ) | |
| **JAMES B. ALCORN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendants James B. Alcorn, Clara Belle Wheeler, and Singleton B. McAllister will bring before this Court their Motion to Dismiss for hearing on November 18, 2016 at 10:00 a.m., or so soon thereafter as counsel may be heard.

Respectfully submitted,

JAMES B. ALCORN, CLARA BELLE WHEELER and SINGLETON B. McALLISTER

By: _____/s/_____
    Anna T. Birkenheier, Asst. Atty. Gen. (VSB No. 86035)
    Office of the Virginia Attorney General
    202 North 9th Street
    Richmond, Virginia 23219
    Telephone: (804) 692-0558
    Facsimile: (804) 692-1647
    abirkenheier@oag.state.va.us

Mark R. Herring
Attorney General

John W. Daniel, II
Deputy Attorney General

Heather Hays Lockerman (VSB No. 65535)*
Senior Assistant Attorney General & Section Chief
Anna T. Birkenheier (VSB No. 86035)*
Assistant Attorney General

Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 692-0558
Facsimile: (804) 692-1647
abirkenheier@oag.state.va.us
*Counsel of record for Defendants

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on October 3, 2016, I am electronically filing the foregoing document with the Clerk of Court using the CM/ECF system. Additionally, I sent the forgoing document to the following electronic mail address as well as via overnight delivery to the following addresses:

Roque "Rocky" De La Fuente
625 West Winter Park Street
Orlando, FL 32804-4434

Paul A. Rossi, Esq.
IMPG Advocates, Inc.
316 Hill Street
Mountville, PA 17554

Paul A. Rossi, Esq.
IMPG Advocates, Inc.
873 East Baltimore Drive
Suite #705
Kennett Square, PA 19348
paul-rossi@comcast.net

/s/
Anna T. Birkenheier, Asst. Atty. Gen. (VSB No. 86035)
*Counsel for Defendants*
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 692-0558
Facsimile: (804) 692-1647
abirkenheier@oag.state.va.us