## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

| **ROQUE DE LA FUENTE,** | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **MOTION HEARING** |
| **JAMES ALCORN, et al.** | | Case No. 1:16CV1201 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | N. Linnell |
|---|---|---|
| Deputy Clerk: Amanda | Hearing Began: | 12:10 p.m. |
| Proceeding Held: November 18, 2017 | Hearing Ended: | 12:53 p.m. |

**Appearances:**

| **Plaintiff(s):** | David Ludwig, Paul Rossie |
|---|---|
| | |
| **Defendant(s):** | Anna Birkenheier |

[13] Defendant's Motion to Dismiss for Failure to State a Claim with Roseboro

- Ms. Birkenheier presents argument.
- Mr. Rossie presents argument.
- Ms. Birkenheier responds.
- Mr. Rossie replies.
- Court directs Plaintiff to file an amended complaint within thirty (30) days.
- Order to follow.